# Exhibit 2

**CREDIT SUISSE** | FIRST BOSTON

Tuesday, April 03, 2001

Dear Patrick J Callahan Jr

We are pleased to advise you that your Retention Award of US $500,000 comprises 2,619 Phantom Shares, which will convert to actual Credit Suisse Group Shares at the time of vesting.

The number of shares was calculated using the average closing price of Credit Suisse Group Shares on a spot basis for the five trading days up to and including November 03, 2000 (337.30 CHF) and the exchange rate on November 03, 2000 (1.7667) in accordance with the terms of Exhibit A  of your Retention Award letter

The calculation is as follows:

| | |
|---|---|
| Retention Award | $500,000 |
| Divided by | 190.9209=(337.30/1.7667) |
| Number of Shares (rounded up) | 2,619 |

The shares will vest and be delivered according to the following schedule:

| Vesting Date | Shares Vesting |
|---|---|
| July 1, 2001 | 873 |
| July 1, 2002 | 873 |
| July 1, 2003 | 873 |

The terms and conditions of Exhibit A, referred to above, continue to apply to this award of shares.

If you have any questions concerning your options please do not hesitate to contact the following: -

| | | |
|---|---|---|
| New York: | Peter Calamari | *105 9586 |
| | Stan Wexler | *105 7820 |
| London: | Philip Halliday | *448 1089 |
| | Teri Chan | *448 8032 |
| Singapore: | Ian Love | *650 3805 |

Details of your compensation are confidential and we strongly advise that you do not discuss this information with anyone other than your direct supervisor, Human Resources Generalist, your immediate family or your professional advisor.

03 April, 2001 14 04

1917.1