# Exhibit 4

In the matter of Callahan v. CSFB, LLC

(1) CSFB agrees to pay Callahan the sum of $ ~~735~~,000 in total settlement of all claims by Callahan ~~against~~ against CSFB from his ~~prior~~ employment

*MC* ~~(2) The retention award is separate and apart from the amount above.~~

*MC* (2) This agreement is binding and the parties agree to ~~execute~~ a more formal settlement agreement and release, consistent with CSFB's standard settlement agreements;

*MC* (3) With regard to Exhibit A of CSFB's Separation Agreement of Jan 14, 2002 item 1, ~~not~~ the Retention Award, will be paid separate & ~~award~~ apart from the total ~~the incentive~~ sum referred to above;

item #2 Callahan's participation in the DLJ ~~plan~~ LBO incentive plan is fully vested

item #3, the Car has been purchased

by Callahan;

#4, Callahan's Status in the PMD will be provided to him.

By: _____
    Peggy Campbell
    For CSFB

By: _____
    Patrick Callahan

By: _____
    Roger Ziman
    Mediator

Dated: March 6, 2003