# Exhibit 8

# O=HALLORAN KOSOFF GEITNER & COOK, LLC
ATTORNEYS AT LAW
EDENS CORPORATE CENTER
650 DUNDEE ROAD, FOURTH FLOOR
NORTHBROOK, ILLINOIS 60062
PHONE (847) 291-0200
FAX (847) 291-9230

Sender's email:
*bsteiner@okgc.com*
*www.okgc.com*

April 13, 2009

Brennan S. McDonough
Vice President and Counsel            Via email: brennan.mcdonough@credit-suisse.com
Credit Suisse Securities
One Madison Avenue
New York, NY 10010

Re:   *Patrick J. Callahan v. Credit Suisse*
      Our File No. 12854-1

Dear Mr. McDonough:

Thank you for the Separation Agreement that you sent for Mr. Callahan on April 7. I forwarded it to him for his review and approval. Unfortunately, he is out of the country at the moment and we have only communicated electronically.

Mr. Callahan is in full agreement with the body of the letter; however, he asked two or three questions regarding Exhibit A. First, he believes that the Retention Award referenced at paragraph 1 of Exhibit A should be in the amount of $500,000. He then asked that I confirm that the Retention Award was deposited into Account No. REDACTED at Credit Suisse, and that the account has been credited for any subsequent stock splits since the date of the award. Finally, he asks that at the end of Section 1 of Exhibit A, the following sentence be added: "Payment of this Retention Award is separate and apart from the total sum referred to in Paragraph 2 of this Separation Agreement."

Mr. Callahan has also asked for confirmation that the annual pension plan benefits described in Paragraph 3 of Exhibit A reflect nine years of service with Credit Suisse. There was some confusion concerning his years of service with Credit Suisse at the Hearing and in a letter dated February 11, 2004 from Anita Raman at Quinn Emanuel, Credit Suisse confirmed that the pension calculations should be based upon nine years of service.

If we can get confirmation of these issues, Mr. Callahan will sign the Separation Agreement upon his return to the country next week.

I thank you again for your assistance in working with me to get this resolved.

Very truly yours,

O'HALLORAN KOSOFF GEITNER & COOK, LLC

*/s Benjamin D. Steiner*

Benjamin D. Steiner
BDS/djh

cc:     Patrick J. Callahan (via email)