# Exhibit 9

From: Ben Steiner [mailto:bsteiner@okgc.com]
Sent: Thursday, May 07, 2009 11:47 AM
To: McDonough, Brennan (LCD)
Cc: 'Patrick Callahan'
Subject: Callahan-Credit Suisse


Brennan--After we talked, I spoke with Mr. Callahan and he reminded me of the original settlement agreement arising out of the mediation prepared by Monica Pa of Quinn Emanuel.  I am attaching the page of that Agreement containing Exhibit A relating  to the Retention Award which provides that the Retention Award vested at the date of termination.  I hate to bother you, but would you check again with your sources and see whether this is correct.  If so, we are ready to sign and get this over with.  Thanks.

DRAFT 4/9/2003
THIS IS <u>NOT</u> AN OFFER - SUBJECT TO INTERNAL APPROVAL

## Exhibit A

1. <u>Retention Award</u>:  Pursuant to the terms of your Retention Agreement with DLJ dated September 27, 2000, you were granted a Retention Award with an initial total value of $500,000.  According to the terms of the Retention Award, vesting of the July 1, 2001 tranche of the Credit Suisse Group phantom shares (3,492 shares) occurred on such date and vesting of the July 1, 2002 and the July 1, 2003 tranches of Credit Suisse Group phantom shares (6,984 shares) occurred on your Separation Date as the Company terminated your employment without Cause.  Payment of this Retention Award is separate and apart from the total sum referred to in paragraph 3 of this Separation Agreement.

2. <u>DLJ/LBO Incentive Plan – 2000</u> – Your $200,000 allocation is fully vested and no longer subject to purchase by the Managing General Partner.  These interests otherwise remain subject to the terms of the applicable Plan documents.

3. <u>DLJ Car Program</u> - With respect to your participation in the DLJ Automobile Program, you purchased your car in accordance with the terms of the Program.