USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
PATRICK J. CALLAHAN, JR.        :
                                :    10 CV 4599 (BSJ)(JLC)
              Plaintiff,        :
                                :    **ORDER**
         v.                     :
                                :
CREDIT SUISSE (USA), INC., et al. :
                                :
              Defendants.       :
-----------------------------------X

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

The Court has been informed that the parties in the above-captioned case have agreed to settle this action. It is hereby ORDERED that this action is discontinued without costs to either party, and without prejudice to restore the action to the calendar of the undersigned if settlement is not achieved within 30 days of the date of this Order. If the parties wish to reopen this matter or extend the time within which they may settle it, they must make a letter application before this 30-day period expires.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they shall submit the settlement agreement to the Court to be So Ordered.

**SO ORDERED:**

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         March 9, 2012